RICHARDSON *et vir* v. BEIDLEMAN *et al.*

No. 2522. .Opinion Filed September 11, 1912.

(126 Pac. 823.)

**DEFECTIVE CASE-MADE.** Same as that in **Richardson et vir v. Beidleman et al., ante,** 126 Pac. 818.

(Syllabus by the Court.)

*Error from District Court, Okmulgee County;*
*W. L. Barnum, Judge.*

Action by Katie Richardson and James Richardson against George C. Beidleman and others. Decree for defendants, and plaintiffs bring error. Dismissed.

*R. M. Dick, J. L. Newhouse,* and *F. F. Lamb,* for plaintiffs in error.

*Lex V. Deckard* and *Eaton, Beidleman & Carter,* for defendants in error.

WILLIAMS, J. Under authority of *Richardson et vir v. Beidleman et al., ante,* 126 Pac. 818, this proceeding in error must be dismissed.

TURNER, C. J., and HAYES, KANE, and DUNN, JJ., concur.